UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)  Case No. 1-15-CR-40-CLC-SKL
v. )
)
DARREN LOPACIUK )

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Indictment; (2) accept Defendant's plea of guilty to Counts One and Two of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Two of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 18]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One and Two of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Two of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **December 17, 2015 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**